**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

CATHY MURRAY,                              :
                                          :
    Plaintiff,                         :
                                          :
v.                                        :          CASE NO.:  1:25-CV-00089 (WLS)
                                          :
DOUGHERTY COUNTY, *et al.*                 :
                                          :
    Defendants.                        :
_____           :

### Order Denying Consent Stipulation

Plaintiff attempts to stipulate to an extension of time for Defendants to disclose their expert witnesses. (Doc. 15). However, the schedule laid out in the Court's scheduling orders (Docs. 10 & 13) "may be modified only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4). Plaintiff's stipulation contains no facts from which the Court may find good cause.

For good cause not shown, the Consent Stipulation Extending Time for Defendants to Disclose Experts (Doc. 15) is **DENIED**, without prejudice. If desired, Parties may promptly file a motion on the record requesting an extension with a showing of good cause.

**SO ORDERED**, this 3rd day of March 2026.

                     **/s/ W. Louis Sands**
                     **W. LOUIS SANDS, SR. JUDGE
UNITED STATESDISTRICT COURT**