IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

CATHY ADELL MURRAY, :

Plaintiff, :

v. : Civil Action No. 1:25-cv-00089-WLS

DOUGHERTY COUNTY, GEORGIA, :
SERGEANT ANTHONY CRIMBLEY, :
in his individual capacity, :
CORPORAL MONTAVIOUS JONES, :
in his individual capacity, and :
DEPUTY HENRY JOHNSON, :
in his individual capacity, :

Defendants. :

## STIPULATION OF DISMISSAL

COME NOW the Parties, by and through their undersigned counsel, and hereby stipulate

and agree that Plaintiff's claims against Defendants have been resolved, and the Court is hereby

requested to dismiss Plaintiff's Complaint as to Defendants with prejudice to Plaintiff.

This 16th day of June, 2026.

/s/ *Gabe Banks*
Gabe Banks
GA Bar No.: 721945
Banks Weaver LLC
100 Peachtree Street NW, Ste 2650
Atlanta, GA 30303
(404) 891-9280
gabe@banksweaver.com
*Counsel for Plaintiff*

SO ORDERED this 17th day
of June, 2026.

W. Louis Sands, Sr. Judge
United States District Court

/s/ *Frances L. Clay*
Frances L. Clay
GA Bar No.: 129613
Chambless, Higdon, Richardson,
 Katz & Griggs, LLP
P.O. Box 6378

/s/ *W. Brent Hyde*
W. Brent Hyde
GA Bar No.: 381445
Hall Booth Smith, P.C.
1564 King Road
Tifton, GA 31793

1

Macon, GA 31208-6378
(478) 745-1181
fclay@chrkglaw.com

*Counsel for Defendants Dougherty County,
Crimbley, and Johnson*

(229) 382-0515
bhyde@hallboothsmith.com

*Counsel for Defendant Montavious Jones*

2

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using CM/ECF system, which will automatically send notice to all counsel of record.

This 16th day of June, 2026.

/s/ Frances L. Clay
Frances L. Clay