IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

CATHY ADELL MURRAY,                              *

        Plaintiff,                              *

v.                                                                    Case No.  1:25-CV-89-WLS
                                                                 *

DOUGHERTY COUNTY, GEORGIA,
SERGEANT ANTHONY CRIMBLEY, in his        *
individual capacity, CORPORAL
MONTAVIOUS JONES, in his individual          *
capacity, and DEPUTY HENRY JOHNSON,

        Defendants.

_____

## J U D G M E N T

Pursuant to this Court's Order dated June 17, 2026, and for the reasons stated therein,

JUDGMENT is hereby entered dismissing this case.

This 18th day of June, 2026.

David W. Bunt, Clerk


s/ Michelle Paschal, Deputy Clerk